IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAUL C. ZAPATA,

    Plaintiff,

v.                                                         Civ. No. 07-130 WJ/RLP

RONALD TORREZ, *et al.*,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation [Doc. 66], the Plaintiff having filed objections thereto [Doc. 67] and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                    William Johnson
                                                    United States District Judge